| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

CHELLE WARRICK, §
　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
versus §　CIVIL ACTION 1:23CV-195
　　　　　　　　　　　　　　　§
ROBERT STRAUSE, *indiv. and as agent* §
*and employee of* ORANGE CNTY., TX., §
JOHN KIMBROUGH, *indiv. and as Orange* §
*Cnty. District & Cnty. Attorney*, CITY OF §
WEST ORANGE POLICE DEPT., §
*and* ORANGE CNTY SHERIFF'S DEPT., §
　　　　　　　　　　　　　　　§
　　　　Defendants. §

## ORDER OF CONDITIONAL DISMISSAL

The court having been advised by counsel for the parties that an amicable settlement has been reached in this action and that final settlement papers would be forthcoming, it is

**ORDERED** that this case is dismissed on the merits without prejudice to the right of counsel of record to move for reinstatement within thirty (30) days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act.

Any outstanding motions are conditionally denied as moot pending final settlement papers. In the event this case is reinstated, counsel retains the responsibility to re-urge any motions previously denied as moot.

This court retains jurisdiction to enforce the settlement.

SIGNED at Beaumont, Texas, this 7th day of July, 2023.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE